UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Penky T., | Case No. 19-cv-0255 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| William Barr, et al., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated April 9, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Penky T.'s Petition for a Writ of Habeas Corpus [Docket No.1] is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 5/1/19

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge